UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20973-CR-MORENO

**UNITED STATES OF AMERICA,**
　　**Plaintiff,**
vs.

**JUAN RAMON PINEDA-BLANDON,**
　　**Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
### and DENYING MOTION TO DISMISS

The matter was referred to the Honorable Chris M. McAliley, United States Magistrate Judge, for a Report and Recommendation on defendant's motion to dismiss **[D.E. #9]**. The Magistrate Judge filed a Report and Recommendation **[D.E. #23]**. The Court has reviewed the entire file and record and conducted a de novo review and

**ADOPTS** the Report and Recommendation and **DENIES** the Motion to Dismiss.

DONE and ORDERED in Open Court in Miami-Dade County, Florida this 28th day of February, 2019 and signed this 28 day of February, 2019.

_____
**FEDERICO A. MORENO**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Magistrate Judge Chris M. McAliley
All counsel of record